| | |
|---|---|
| 1 | **BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.** |
| 2 | Stephen F. Boutin, SBN 053197<br>Michael E. Chase, SBN 214506 |
| 3 | James P. Kirkley, Esq., 226641<br>555 Capitol Mall, Suite 1500 |
| 4 | Sacramento, CA 95814-4603<br>(916) 321-4444 |
| 5 | |
| 6 | Attorneys for Defendant,<br>CT100, LLC |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TED ROBINSON, | ) | **Case No.: 2:06-CV-00209 WBS-KJM** |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO EXTEND TIME FOR** |
| vs. | ) | **CT100, LLC TO RESPOND TO** |
| | ) | **COMPLAINT;** |
| COVARELLI LIVING TRUST, dba PAST TIME | ) | **[PROPOSED] ORDER** |
| CLUB, CT100 LLC, KJERTSIN L M TAYLOR, | ) | |
| and DOES ONE through FIFTY, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Pursuant to Eastern District Local Rule 6-144, all parties affected by this stipulation, by and through their respective counsel, Singleton Law Group, Richard E. Grabowski, for Plaintiff Ted Robinson, and Boutin Dentino Gibson Di Giusto Hodell Inc., James P. Kirkley, for Defendant CT100 LLC, hereby stipulate to and request an extension of time for Defendant CT100, LLC to respond to the complaint as follows:

<u>RECITALS</u>

A. Plaintiff filed his complaint on January 31, 2006.

B. Plaintiff served Defendant CT100, LLC on February 19, 2006.

C. Defendant CT100, LLC is currently required to file a responsive pleading on or before March 13, 2006.

[#94326]    1

PDF created with pdfFactory trial version www.pdffactory.com

  D. Defendant CT100, LLC and Plaintiff desire to extend the time for CT100, LLC to respond to Plaintiff's complaint for an additional week.

## STIPULATION

WHEREFORE, the affected parties hereto stipulate that:

1. Defendant CT100, LLC shall have up to and including March 20, 2006 to file an answer or otherwise respond to Plaintiff's complaint.

**SO STIPULATED**.

Date: March 7, 2006        BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.

                /s/   Kirkley, James
               James P. Kirkley, Attorney for
               Defendant CT100, LLC

Date: March 7, 2006         SINGLETON LAW GROUP

                /s/  Grabowski, Richard
               Richard E. Grabowski, Attorney for
               Plaintiff Ted Robinson

[#94326]

2

PDF created with pdfFactory trial version www.pdffactory.com

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ROBINSON, | ) Case No.: 2:06-CV-00209 WBS-KJM |
| Plaintiff, | ) **ORDER EXTENDING TIME FOR CT100,** |
| vs. | ) **LLC TO RESPOND TO COMPLAINT** |
| COVARELLI LIVING TRUST, dba PAST TIME CLUB, CT100 LLC, KJERTSIN L M TAYLOR, and DOES ONE through FIFTY, inclusive, | ) |
| Defendants. | ) |

Defendant CT100, LLC shall have up to and including March 20, 2006 to file an answer or otherwise respond to Plaintiff's complaint.

**IT IS SO ORDERED**.

Date: March 8, 2006

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[#94326]