Peter J. Laufenberg (Bar No. 172979)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928

Attorneys for Defendant
COVARELLI LIVING TRUST and KJERSTIN L M TAYLOR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ROBINSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>COVARELLI LIVING TRUST, dba PAST TIME CLUB, CT100 LLC, KJERSTIN L M TAYLOR, and DOES ONE through FIFTY, inclusive,<br><br>            Defendants. | Case No. 206 CV 00209 WBS/KJM<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

1  Plaintiff Ted Robinson and Defendant Kjerstin Taylor previously stipulated that Kjerstin Taylor would have a three-week extension of time – to and including March 22, 2006 – in which to respond to Plaintiff's complaint. Plaintiff Ted Robinson and Defendant Kjerstin Taylor now further stipulates that Kjerstin Taylor will have an additional nine (9) days – to and including March 31, 2006 – in which to respond to Plaintiff's complaint.

Dated: March _____, 2006                WENDEL, ROSEN, BLACK & DEAN LLP


By: _____
    Peter J. Laufenberg
    Attorneys for Defendant
    KJERSTIN L. M. TAYLOR

Dated: March _____, 2006                SINGLETON LAW GROUP


By: _____
    Jason K. Singleton
    Attorneys for Plaintiff
    TED ROBINSON

Dated: March 22, 2006                   It is so Ordered:

_William B. Shubb_ (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*STIPULATION AND ORDER EXTENDING TIME TO*
*RESPOND TO COMPLAINT*
*Case No. 206 CV 00209 WBS/KJM*

014035.0001\773372.1

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607-4036