| | |
|---|---|
| 1 | Jason K. Singleton, State Bar #166170 |
| | SINGLETON LAW GROUP |
| 2 | 611 "L" Street, Suite A |
| | Eureka, CA 95501 |
| 3 | lawgroup@sbcglobal.net |
| | (707) 441-1177 / FAX  441-1533 |
| 4 | Attorneys for Plaintiff, TED ROBINSON |

Stephen F. Boutin, SBN 053197
Michael E. Chase, SBN 214506
James P. Kirkley, SBN 226641
BOUTIN DENTINO GIBSON DI GUISTO HODELL INC.
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
(916)  321-4444
Attorneys for Defendant CT100, LLC

Peter J. Laufenberg, State Bar # 172979
WENDEL, ROSEN, BLACK & DEAN LLP
1111 Broadway, 24th Floor
Post Office Box 2047, 94604-2047
Oakland, CA 94607-4036
(510) 834-6600 / FAX 834-1928
Attorneys for Defendant, KJERSTIN L.M. TAYLOR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ROBINSON, | ) Case No. 2:06 CV-0209 WBS-KJM |
| Plaintiff, | ) |
| v. | ) STIPULATION TO EXTEND RULE 26(a) |
| | ) INITIAL DISCLOSURES; |
| COVARELLI LIVING TRUST, dba PAST | ) ORDER |
| TIME CLUB, CT100 LLC, KJERSTIN L M | ) |
| TAYLOR, and DOES ONE through FIFTY, | ) |
| inclusive, | ) Judge:        Hon. William B. Shubb |
| | ) Trial Date:   June 12, 2007 |
| Defendants. | ) |

The parties stipulate that Rule 26(a) disclosures shall be extended thirty days and made on or before Monday, August 7, 2006 in order to facilitate settlement discussions and potential resolution of this action before and without need of such disclosures.  The parties do not believe the stipulated extension will effect any other pretrial dates or deadlines.

PDF created with pdfFactory trial version www.pdffactory.com

SINGLETON LAW GROUP

Dated: July  6 , 2006        /s/ Jason K. Singleton
                              Jason K. Singleton, Attorneys for Plaintiff,
                              TED ROBINSON

WENDEL, ROSEN, BLACK & DEAN LLP

Dated: July  6 , 2006        /s/ Albert Flor (SB 168291) for
                              Peter J. Laufenberg, Attorneys for Defendant
                              KJERSTIN L.M. TAYLOR

BOUTIN, DENTINO GIBSON DI GIUSTO HODELL INC.

Dated: July  6 , 2006        /s/ James P. Kirkley
                              James P. Kirkley, Attorneys for Defendant
                              CT100, LLC

## ORDER

Having read and considered the parties' stipulation, and good cause appearing therefore

**IT IS HEREBY ORDERED** that Rule 26(a) disclosures shall be extended thirty days and made on or before Monday, August 7, 2006.

Dated: July 7, 2006

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

105214