1  Jason K. Singleton, State Bar #166170
   SINGLETON LAW GROUP
2  611 "L" Street, Suite A
   Eureka, CA 95501
3  lawgroup@sbcglobal.net
   (707) 441-1177 / FAX  441-1533
4  Attorneys for Plaintiff, TED ROBINSON

5  Stephen F. Boutin, SBN 053197
   Michael E. Chase, SBN 214506
6  James P. Kirkley, SBN 226641
   BOUTIN DENTINO GIBSON DI GUISTO HODELL INC.
7  555 Capitol Mall, Suite 1500
   Sacramento, CA 95814-4603
8  (916)  321-4444
   Attorneys for Defendant CT100, LLC
9
   Peter J. Laufenberg, State Bar # 172979
10 WENDEL, ROSEN, BLACK & DEAN LLP
   1111 Broadway, 24th Floor
11 Post Office Box 2047, 94604-2047
   Oakland, CA 94607-4036
12 (510) 834-6600 / FAX 834-1928
   Attorneys for Defendant, KJERSTIN L.M. TAYLOR
13

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ROBINSON, | Case No. 2:06 CV-0209 WBS-KJM |
| Plaintiff, | |
| v. | STIPULATION TO EXTEND RULE 26(a) INITIAL DISCLOSURES, EXPERT DISCLOSURES, AND REBUTTAL EXPERT DISCLOSURES; ORDER |
| COVARELLI LIVING TRUST, dba PAST TIME CLUB, CT100 LLC, KJERSTIN L M TAYLOR, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | Judge:      Hon. William B. Shubb<br>Trial Date:  June 12, 2007 |

The parties stipulate that the following dates shall be extended in order to facilitate settlement discussions and potential resolution of this action before and without need of such disclosures:

1.  F.R.C.P. Rule 26(a) Initial Disclosures shall be complete by September 15, 2006;

PDF created with pdfFactory trial version www.pdffactory.com

2.	Disclosure and exchange of expert witness information shall completed by October 6, 2006; and

3.	Disclosure of rebuttal expert witness information shall be completed by October 26, 2006.

The parties do not believe the above-referenced stipulated extensions will effect any other pretrial dates or deadlines.

SINGLETON LAW GROUP

Dated:	August 21, 2006	       /s/ James K. Singleton
Jason K. Singleton, Attorneys for Plaintiff,
TED ROBINSON

WENDEL, ROSEN, BLACK & DEAN LLP

Dated:	August 22, 2006	       /s/ Peter J. Laufenberg
Peter J. Laufenberg, Attorneys for Defendant
KJERSTIN L.M. TAYLOR

BOUTIN, DENTINO GIBSON DI GIUSTO HODELL INC.

Dated:	August 22, 2006	       /s/ James P. Kirkley
James P. Kirkley, Attorneys for Defendant
CT 100, LLC

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Having read and considered the parties' stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the following pretrial deadlines dates have been extended as set forth below.

1. The F.R.C.P. Rule 26(a) Initial Disclosures shall be completed by September 15, 2006;

2. Disclosure and exchange of expert witness information shall be completed by October 6, 2006; and

3. Disclosure of rebuttal expert witness information shall be completed by October 26, 2006.

Dated:   August 23, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*106788*