**Jason K. Singleton,** State Bar #166170
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**lawgroup@sbcglobal.net**
**(707) 441-1177 / FAX  441-1533**
**Attorneys for Plaintiff, TED ROBINSON**

**BOUTIN DENTINO GIBSON DI GUISTO HODELL INC.**
**Stephen F. Boutin,** SBN 053197
**Michael E. Chase,** SBN 214506
**James P. Kirkley,** SBN 226641
**555 Capitol Mall, Suite 1500**
**Sacramento, CA 95814-4603**
**(916)  321-4444**
**Attorneys for Defendant CT100, LLC**

**Peter J. Laufenberg,** State Bar # 172979
**WENDEL, ROSEN, BLACK & DEAN LLP**
**1111 Broadway, 24th Floor**
**Post Office Box 2047, 94604-2047**
**Oakland, CA 94607-4036**
**(510) 834-6600 / FAX 834-1928**
**Attorneys for Defendant, KJERSTIN L.M. TAYLOR**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>COVARELLI LIVING TRUST, dba PAST TIME CLUB, CT100 LLC, KJERSTIN L M TAYLOR, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:06 CV-0209 WBS-KJM<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |

Plaintiff TED ROBINSON and Defendants CT100, LLC, dba PASTIME CLUB and KJERSTIN L. M. TAYLOR (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.    The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

STIPULATION & [PROPOSED] ORDER OF DISMISSAL          1          2:06-CV-0209-WBS-KJM

PDF created with pdfFactory trial version www.pdffactory.com

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: August 31, 2006         /s/ Jason K. Singleton
Jason K. Singleton, Attorneys for Plaintiff,
**TED ROBINSON**

**WENDEL, ROSEN, BLACK & DEAN LLP**

Dated: August 31, 2006         /s/ Peter Laufenberg
Peter J. Laufenberg, Attorneys for Defendant
**KJERSTIN L.M. TAYLOR**

**BOUTIN, DENTINO GIBSON DI GIUSTO HODELL INC.**

Dated: August 31, 2006         /s/ James P. Kirkley
James P. Kirkley, Attorneys for Defendant
**CT100, LLC, dba PASTIME CLUB**

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ROBINSON vs COVARELLI LIVING TRUST, et al.</u>, Case Number 2:06-0209 WBS KJM, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: September 20, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com